UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

ENRIQUE A. GUTIERREZ-MIRANDA,  Case No. 3:16-cv-02317-MC

    Petitioner,

v.  ORDER

MARK NOOTH, Superintendent,

    Respondent.
_____

MCSHANE, District Judge.

    Petitioner sought federal habeas relief under 28 U.S.C. § 2254 and now moves to dismiss this action on grounds of mootness. The record shows that Petitioner has been granted relief in state post-conviction proceedings and his federal claims are now moot.

    Accordingly, Petitioner's Motion to Dismiss (ECF No. 121) is GRANTED and this action is DISMISSED, without prejudice.

IT IS SO ORDERED.

    DATED this 11th day of May, 2023.

                                        s/ Michael J. McShane
                                        MICHAEL J. MCSHANE
                                        United States District Judge

1 - ORDER